**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 25-2053         Caption [use short title]

Motion for: Leave to File Answering Brief and Supplemental Appendix Under Seal

Daniel Lee v. Richard Golaszewski and Stephen Swentzel

Set forth below precise, complete statement of relief sought:

Appellees seek leave: (1) to file a supplemental appendix per Local Rule 30.1(g); and (2) to file under seal its answering brief and supplemental appendix, with redacted versions filed on the public docket, per Local Rule 25.1(j)(2) to maintain the confidentiality of material the District Court sealed below.

MOVING PARTY: Richard Golaszewski and Stephen Swentzel     OPPOSING PARTY: Daniel Lee

- [ ] Plaintiff    [x] Defendant
- [ ] Appellant/Petitioner    [x] Appellee/Respondent

MOVING ATTORNEY: Dylan P. Kletter     OPPOSING ATTORNEY: Russell M. Yankwitt, Jason M. Swergold

[name of attorney, with firm, address, phone number and e-mail]

Brown Rudnick LLLP

7 Times Square, New York, NY 10036

dkletter@brownrudnick.com

Yankwitt LLP

140 Grand Street, Suite 705, White Plains, NY 10601

russell@yankwitt.com; jason@yankwitt.com

Court- Judge/ Agency appealed from: U.S. District Court for the Southern District of New York - Hon. Philip M. Halpern

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[x] Yes   [ ] No (explain): 

Opposing counsel's position on motion:
[x] Unopposed   [ ] Opposed   [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes   [ ] No   [x] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?   [ ] Yes [ ] No
Has this relief been previously sought in this court?   [ ] Yes [ ] No

Requested return date and explanation of emergency: 

Is the oral argument on motion requested?   [ ] Yes [x] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?   [ ] Yes [x] No  If yes, enter date: 

Signature of Moving Attorney:

_____  Date: 02/23/2026     Service: [x] Electronic   [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

**UNITED STATES COURT OF APPEALS**
**SECOND CIRCUIT**

| | |
|---|---|
| DANIEL LEE,<br><br>              Plaintiff-Appellant,<br><br>       v.<br><br>RICHARD GOLASZEWSKI and STEPHEN SWENTZEL,<br><br>              Defendants-Appellees. | No. 25-2053 |

**DECLARATION OF RUSSELL M. YANKWITT, ESQ. IN SUPPORT OF DEFENDANTS-APPELLEES' MOTION FOR LEAVE TO: (1) FILE A SUPPLEMENTAL APPENDIX; AND (2) FILE ANSWERING BRIEF AND SUPPLEMENTAL APPENDIX UNDER SEAL**

RUSSELL M. YANKWITT, ESQ., hereby declares as follows:

1.      I am a partner with the law firm of Yankwitt LLP, which is counsel to Defendants-Appellees Richard Golaszewski and Stephen Swentzel (the "Defendants").

2.      I submit this declaration in support of Defendants' Motion for Leave to: (1) File a Supplemental Appendix; and (2) File Answering Brief and Supplemental Appendix Under Seal (the "Motion").

3.      <u>First</u>, Defendants seek leave to file a supplemental appendix with their answering brief, filed concurrently with this Motion (the "Brief"). Local Rule 32.1(g) provides that "[i]n any case in which an appellant has not filed a joint appendix in compliance with FRAP 30, an appellee may file a supplemental appendix." 2d Cir. Rule 32.1(g).

4.      When filing his opening brief, Plaintiff-Appellant Daniel Lee ("Plaintiff") did not file a joint appendix, as one was not agreed upon by the parties.  Instead, Plaintiff filed instead his own Appendix (ECF Nos. 39.1–41.1) and Special Appendix (ECF No. 38.1).

5.      Thus, while "the entire record is available to the court," FED. R. APP. P. 30(b), a supplemental appendix will allow the Court and the parties to more easily reference those parts of the record cited by Defendants in their Brief and not already included in Plaintiff's initial Appendix.

6.      Counsel for Plaintiff has consented to this request.

7.      Second, Defendants seek leave to file their Brief and supplemental appendix under seal, with redacted versions filed to the public docket.  *See* 2d Cir. Local Rule 25.1(j)(2) ("A sealed document or a document that is the subject of a motion to seal is exempt from the electronic filing requirement and must be filed with the clerk in the manner the court determines.  Within 7 days after the sealed document is filed, a redacted version of the document must be electronically filed on the docket, unless the court orders otherwise.").

8.      Defendants seek to seal materials in their supplemental appendix and Brief concerning certain highly sensitive information related to Defendants' employer, Hunter Point Capital ("HPC"), as well as the sensitive and proprietary business information related to certain third-party witnesses in the case (the "Confidential Information").

9.      The District Court entered into a Confidentiality Agreement and Protective Order to allow for the protection of the Confidential Information (*see* District Court ECF No. 55), and it subsequently granted motions by both Defendants and Plaintiff to seal their summary judgment materials to protect the Confidential Information (*see* District Court ECF Nos. 61, 71).

10.     The Confidential Information sought to be sealed is limited to that governed by the District Court's prior orders granting the parties' motions to seal. The redactions made in the public versions of the documents are the minimal necessary to protect the Confidential Information.

11.     On appeal, Plaintiff moved for leave from this Court to file his opening brief and appendix under seal, to maintain the protections of the Confidential Information afforded by the District Court below. (*See* ECF No. 25.2) (quoting *In re Demetriades,* 58 F.4th 37, 47 (2d Cir. 2023) ("[D]ocuments that were 'sealed in the district court' and 'received as part of the record' . . . generally 'will remain under seal in the Court of Appeals' by operation of Local Rule 25.1")).

12.     The interest in protecting information from publication outweighs "the qualified First Amendment presumption of public access," *Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009), when there is "the possibility of competitive harm to an enterprise if confidential business information is disclosed." *In re Keurig Green Mountain Single-Serve Coffee Antitrust Litig.*, No. 14-MC-2542 (VSB), 2023 WL 196134, at *3 (S.D.N.Y. Jan. 17, 2023).

13.     In the District Court proceedings, the District Court necessarily found that the Confidential Information satisfied this test when it granted Defendants' and Plaintiff's motions to seal. (*See* District Court ECF Nos. 61, 71)

14.     Likewise, this Court also necessarily found that the Confidential Information met the standard for protection when it granted Plaintiff's motion to seal, allowing him to file his opening brief and appendix under seal, with redacted versions filed on the public docket. *See* ECF No. 27.1.

15.     For the same reasons this Court granted Plaintiff's motion to seal, this Court should grant Defendants' Motion.

16.     Counsel for Plaintiff has also consented to this request.

17.     Accordingly, for the reasons set forth above, Defendants respectfully request that the Court grant the Motion and allow: (1) the filing of a supplemental appendix per Local Rule 32.1(g); and (2) the filing under seal, with redacted versions filed on the public docket, of the Brief and supplemental appendix per Local Rule 25.1(j)(2).

18.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  White Plains, New York
        February 23, 2026                    YANKWITT LLP

                                             _____
                                             Russell M. Yankwitt, Esq.
                                             140 Grand Street, Suite 705
                                             White Plains, New York 10601
                                             Tel.:   (914) 686-1500
                                             Fax:    (914) 487-5000
                                             michael@yankwitt.com
                                             *Attorneys for Defendants-Appellees*