| | | |
|---|---|---|
| STATE OF NEW YORK | ) | AFFIDAVIT OF SERVICE |
| | ) ss.: | BY OVERNIGHT EXPRESS |
| COUNTY OF NEW YORK | ) | MAIL |

      I, Tyrone Heath, 2179 Washington Avenue, Apt. 19, Bronx, New York 10457, being duly sworn, depose and say that deponent is not a party to the action, is over 18 years of age and resides at the address shown above

**On February 23, 2026**

deponent served the within:    **Sealed Brief for Defendants-Appellees**

     **upon:**

**Dylan Kletter**
**Brown Rudnick LLP**
*Attorneys for Plaintiff-Appellant*
**7 Times Square**
**New York, NY 10036**
**212-209-4908**

the address(es) designated by said attorney(s) for that purpose by depositing **2** true copy(ies) of same, enclosed in a postpaid properly addressed wrapper in a Post Office Official Overnight Express Mail Depository, under the exclusive custody and care of the United States Postal Service, within the State of New York.

**Sworn to before me on February 23, 2026**

   **MARIANA BRAYLOVSKIY**
Notary Public State of New York
No. 01BR6004935
Qualified in Richmond County
Commission Expires March 30, 2026           **Job#  390608**